# United States District Court

WESTERN DISTRICT OF MASSACHUSETTS

LAWRENCE W. HAMMARE,
Plaintiff

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ADND T-MOBILE USA, INC.,
Defendants

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-30155-MAP

TO: (Name and Address of Defendant)

T-Mobile USA, Inc.
12920 S. E. 38th Street
Bellevue, WA 98006

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Judd L. Peskin,Esq.
Peskin, Courchesne & Allen, P.C.
101 State Street, Suite 301
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON

CLERK

June 28, 2005

DATE

Mary Finn

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ *Date* ______ *Signature of Server*

______ *Address of Server*

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*



July 6, 2005
I hereby certify and return that on 7/1/2005 at 2:50PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to B.Montanez,Process Clerk,agent at the time of service for T-Mobile USA, Inc, at c/o Corp Services Co, 84 State Street, Boston, MA 02109. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff

Deputy Sheriff John Cotter

1) As to