# United States District Court

WESTERN _____ DISTRICT OF __MASSACHUSETTS__

LAWRENCE W. HAMMARE,
                  Plaintiff

v.

THE PRUDENTIAL INSURANCE COMPANY OF
AMERICA and T-MOBILE USA, INC.,
                  Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-30155-MAP

TO: (Name and Address of Defendant)

The Prudential Insurance Company of America
Post Office Box 13480
Philadelphia, PA 19101

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

Judd L. Peskin, Esq.
Peskin, Courchesne & Allen, P.C.
101 State Street, Suite 301
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON
CLERK

*Mary Finn*
BY DEPUTY CLERK

June 28, 2005
DATE

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date                Signature of Server

Address of Server



**Deputy Sheriff, George Slyva**

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

July 26, 2005

I hereby certify and return that on 7/11/2005 at 8:30AM I served two copies copy of the within Summons, Complaint and Cover Sheet in this action together with $6.00 in fees, upon the within named The Prudential Insurance Company of America in the following manner (See Mass. R. Civ.P.4(d)): by leaving at the office of the Insurance Commissioner for the Commonwealth the true and lawful attorney of the said corporation upon whom service of all lawful process may be made.Service was made by giving in hand to C.Ray,agent at time of service.U.S. District Court Fee ($5.00), Paid Commr ($6.00), Basic Service Fee (IH) ($30.00), Travel ($25.10), Postage and Handling ($1.00), Attest/Copies ($10.00) Total Charges $77.10

Deputy Sheriff