## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE W. HAMMARE ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-30155 MAP |
| ) | |
| v. ) | |
| ) | |
| THE PRUDENTIAL INSURANCE ) | |
| COMPANY OF AMERICA, and ) | |
| T-MOBILE USA, INC., ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF APPEARANCE**

Please take notice that Edward P. O'Leary, of the law firm Fitzhugh, Parker & Alvaro LLP, hereby enters his appearance on behalf of defendant, The Prudential Insurance Company of America, in the above-captioned action.

    Respectfully submitted,

    THE PRUDENTIAL INSURANCE
    COMPANY OF AMERICA
    By its attorney,

    /s/ Edward P. O'Leary_____
    Edward P. O'Leary, BBO # 551932
    Fitzhugh, Parker & Alvaro LLP
    155 Federal Street, Suite 1700
    Boston, MA 02110
    (617) 695-2330

Dated: August 18 , 2003

CERTIFICATE OF SERVICE

    I certify that on this 18th day of August I served a copy of the above document on counsel of record, as set forth below, by first class mail, postage prepaid.

Judd L. Peskin, Esq.
Peskin, Courchesne & Allen, P.C.
101 State Street, Suite 310
Springfield, MA 01103

                                            /s/ Edward P. O'Leary_____
                                            Edward P. O'Leary