UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LAWRENCE W. HAMMARE,
    Plaintiff

v.                                                                         C.A. NO. 05-30155 MAP

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, and T-MOBILE USA, INC.,
    Defendant

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE-NAMED COURT:

    William T. Bogaert and Carey L. Bertrand of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby give notice of their withdrawal as counsel for the Defendant, The Prudential Insurance Company of America.

                                       /s/ Carey L. Bertrand
                                       William T. Bogaert, BBO # 546321
                                       Carey L. Bertrand, BBO# 650496
                                       WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
                                       155 Federal Street
                                       Boston, MA 02110
                                       (617) 422-5300

## CERTIFICATE OF SERVICE

    I, Carey L. Bertrand, hereby certify that a true copy of the foregoing *document* was served upon all counsel of record by forwarding a copy of the same, first class mail, postage prepaid on this th day of August 2005 to:

                 Judd L. Peskin, Esq.
                 Peskin, Courchesne & Allen, P.C.
                 101 State Street, Suite 310
                 Springfield, MA 01103

                                       /s/ Carey L. Bertrand
                                       Carey L. Bertrand

42279.1