UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWERENCE W. HAMMARE,<br><br>                   Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and T-MOBILE USA, INC.,<br><br>                   Defendants. | CIVIL ACTION NO. 05-30155-MAP<br><br>**APPEARANCE** |

NOW COMES Skoler, Abbott & Presser, P.C., by Jay M. Presser, Esq., and herewith notices its appearance as counsel for Defendant, T-Mobile USA, Inc., in the above action.

                                                    Respectfully submitted,

                                                     /s/ Jay M. Presser, Esq.
                                                     Jay M. Presser, Esq.
                                                     BBO No. 405760
                                                     Counsel for Defendant T-Mobile USA, Inc.
                                                     Skoler, Abbott & Presser, P.C.
                                                     One Monarch Place, Suite 2000
                                                     Springfield, Massachusetts  01144

Dated:  August 23, 2005               Tel.:  (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing *Appearance* was served upon the attorney of record for each other party via electronic filing and by first-class, U.S. mail, postage prepaid, on August 23, 2005.

                                                       /s/ Jay M. Presser, Esq.
                                                     Jay M. Presser, Esq.