UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWERENCE W. HAMMARE,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and T-MOBILE USA, INC.,<br><br>　　　　　　　Defendants. | CIVIL ACTION NO. 05-30155-MAP<br><br>**RULE 7.3 CERTIFICATE<br>OF T-MOBILE USA, INC.** |

NOW COMES Defendant, T-MOBILE USA, INC., and pursuant to Local Rule 7.3, hereby files this statement indicating that the only publicly held company that is either a parent or owns 10% or more of the stock of the corporate Defendant T-Mobile USA, Inc. is Deutsche Telekom AG.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　  /s/ Jay M. Presser, Esq.
　　　　　　　　　　　　　　　　　　　Jay M. Presser, Esq.
　　　　　　　　　　　　　　　　　　　BBO No. 405760
　　　　　　　　　　　　　　　　　　　Counsel for Defendant T-Mobile USA, Inc.
　　　　　　　　　　　　　　　　　　　Skoler, Abbott & Presser, P.C.
　　　　　　　　　　　　　　　　　　　One Monarch Place, Suite 2000
　　　　　　　　　　　　　　　　　　　Springfield, Massachusetts  01144
Dated:   August 23, 2005　　　　　　Tel.:  (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

　　I hereby certify that a true and accurate copy of the foregoing *Rule 7.3 Certificate of* T-Mobile USA, Inc. was served upon the attorney of record for each other party electronically and by first-class, U.S. mail, postage prepaid, on August 23, 2005.

　　　　　　　　　　　　　　　　　　　  /s/ Jay M. Presser, Esq.
　　　　　　　　　　　　　　　　　　　Jay M. Presser, Esq.