UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWERENCE W. HAMMARE,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and T-MOBILE USA, INC.,<br><br>                    Defendants. | CIVIL ACTION NO. 05-30155-MAP<br><br>**APPEARANCE** |

NOW COMES Skoler, Abbott & Presser, P.C., by Amy B. Royal, Esq., and herewith notices its appearance as counsel for Defendant, T-Mobile USA, Inc., in the above action.

                                                        Respectfully submitted,

                                                        /s/ Amy B. Royal, Esq.
                                                        Amy B. Royal, Esq.
                                                        BBO No. 647175
                                                        Counsel for Defendant T-Mobile USA, Inc.
                                                        Skoler, Abbott & Presser, P.C.
                                                        One Monarch Place, Suite 2000
                                                        Springfield, Massachusetts 01144
Dated: August 23, 2005                 Tel.: (413) 737-4753/Fax: (413) 787-1941

### CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing *Appearance* was served upon the attorney of record for each other party via electronic filing and by first-class, U.S. mail, postage prepaid, on August 23, 2005.

                                                        /s/ Amy B. Royal, Esq.
                                                        Amy B. Royal, Esq.