UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE W. HAMMARE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE PRUDENTIAL INSURANCE )<br>COMPANY OF AMERICA, and )<br>T-MOBILE USA, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-30155 MAP |

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Local Rule 7.3 of the United States District Court for the District of Massachusetts, The Prudential Insurance Company of America submits the following as its Corporation Disclosure Statement:

1.   The filing party, a nongovernmental corporation, identifies the following parent company, which is a publicly held corporation, that controls the filing party, directly or through others, or which own 10% or more of the party's stock: Prudential Financial, Inc.

As of December 18, 2001, The Prudential Insurance Company of America became an indirect, wholly-owned subsidiary of Prudential Financial, Inc., a publicly traded corporation. Prior to December 18, 2001, The Prudential Insurance Company of America was organized as a mutual insurance company and had no parent corporations.

2. The filing party identifies the following publicly held corporations with which a merger agreement with the party exists: None.

3. Prudential Financial, Inc., is the parent company of The Prudential Insurance Company of America.

                    Respectfully submitted,

                    THE PRUDENTIAL INSURANCE
                    COMPANY OF AMERICA
                    By its attorney,

                    /s/ Edward P. O'Leary
                    Edward P. O'Leary, BBO #551932
                    Fitzhugh, Parker & Alvaro LLP
                    155 Federal Street
                    Boston, MA  02110
                    (617) 695-2330

Date: September 7, 2005

## CERTIFICATE OF SERVICE

I certify that on this 7th day of September, 2005 I served a copy of the above document on counsel of record, as set forth below, by electronic filing and by first class mail, postage prepaid.

    Judd L. Peskin, Esq.                    Jay M. Presser, Esq.
    Peskin, Courchesne & Allen, P.C.     Amy B. Royal, Esq.
    101 State Street, Suite 310            Skoler, Abbott & Presser, P.C.
    Springfield, MA 01103                  One Monarch Place
                                            Springfield, MA 01144

                                         /s/     Edward    P.    O'Leary
                                         Edward P. O'Leary