UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE W. HAMMARE,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA, and<br>T-MOBILE USA, INC.,<br><br>Defendants. | Civil Action No. 05-30155 MAP |

**LOCAL RULE 16.1 CERTIFICATION OF DEFENDANT**
**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**

Pursuant to L.R. 16.1(D)(3), the undersigned certify that they have conferred to discuss:

(1) the budget for the costs of conducting the full course -- and various alternative courses--of the litigation; and

(2) the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
By its Attorneys,

_____
Edward P. O'Leary, BBO 551932
Fitzhugh, Parker & Alvaro LLP
155 Federal Street
Boston, MA 02110
(617) 695-2330

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
By its Authorized Representative,

_____
Len Giusti, Esquire
Director, Litigation
The Prudential Insurance Company
290 West Mount Pleasant Avenue
Livingston, NJ 07039
(973) 548-6569

Dated: September 8, 2005

## CERTIFICATE OF SERVICE

I certify that on this 7th day of September, 2005 I served a copy of the above document on counsel of record, as set forth below, by first class mail, postage prepaid.

| | |
|---|---|
| Judd L. Peskin, Esq. | Jay M. Presser, Esq. |
| Peskin, Courchesne & Allen, P.C. | Skoler, Abbott & Presser, P.C. |
| 101 State Street, Suite 310 | One Monarch Place, Suite 2000 |
| Springfield, MA 01103 | Springfield, MA 01144 |

/s/ Edward P. O'Leary
Edward P. O'Leary