09/19/2005  08:34  FAX  4253784430                 T-MOBILE USA                                            002

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LAWRENCE W. HAMMARE,

              Plaintiff,

vs.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, and T-
MOBILE USA, INC.,

              Defendants.

CIVIL ACTION NO. 05-30155-MAP

## DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1, the Defendant, T-Mobile USA, Inc., and its counsel,

Skoler, Abbott & Presser, P.C., hereby certify that they have conferred with a view to

establishing a budget for the costs of conducting the full course of the captioned

litigation through trial and have discussed Alternative Dispute Resolution ("ADR")

programs and the costs of resolving the captioned litigation through an ADR program.

Respectfully submitted,

Amy B. Royal, Esq.
BBO #647175
Counsel for Defendant T-Mobile USA, Inc.
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941
Dated: September 19, 2005

Annjanette M. Cooper
Corporate Counsel, Employment & Labor
T-Mobile USA, Inc.

Dated: September 19, 2005