UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LAWRENCE W. HAMMARE,<br>　　　　　　Plaintiff<br>v.<br>THE PRUDENTIAL INSURANCE COMPANY<br>OF AMERICA, and<br>T-MOBILE USA, INC.,<br>　　　　　　Defendants | CIVIL ACTION NO. 05-30155-MAP |

**LOCAL RULE 16.1 CERTIFICATION OF PLAINTIFF**

Pursuant to Local Rule 16.1, the undersigned certifies that he has conferred with his client, and discussed:

1. Establishing a budget for the cost of conducting the full course - and various alternative courses - of the litigation; and

2. The resolution of the litigation through the use of alternative dispute resolution programs including those outlined in Local Rule 16.4.

Respectfully submitted, the Plaintiff, Lawrence W. Hammare, by his Counsel

/s/ Judd L. Peskin, Esq.
Judd L. Peskin, Esq. - BBO No. 556134
PESKIN, COURCHESNE & ALLEN, P.C.
101 State Street, Suite 310
Springfield, MA 01103
Tel No. (413) 734-1002
Fax No. (413) 734-0029
Date: September 20, 2005