UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE W. HAMMARE,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and T-MOBILE USA, INC.,<br><br>Defendants. | Civil Action No. 05-30155 MAP |

### MOTION FOR JUDGMENT ON THE PLEADINGS OF DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, defendant The Prudential Insurance Company of America ("Prudential"), hereby moves for judgment on the pleadings as to the claim made by the plaintiff against Prudential.

In support of this motion, Prudential states that there are no material facts in dispute and that the dispute can be resolved on both the pleadings and those facts of which the Court can take judicial notice. The pleadings and related documents demonstrate that the plaintiff cannot recover against Prudential because Prudential is merely the third party claim administrator for the ERISA-regulated benefit plan at issue. Prudential does not insure the plan's benefits, rather, it performs ministerial functions and makes recommendations to the plan administrator respecting plan administration.

In further support of this motion, Prudential relies on its memorandum of law filed herewith in accordance with Local Rule 7.1(B)(1).

## REQUEST FOR HEARING

Pursuant to Local Rule 7.1(D), Prudential hereby requests a oral argument on this motion.

Respectfully submitted,

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
By its attorney,

Edward P. O'Leary, BBO #551932
Fitzhugh, Parker & Alvaro LLP
155 Federal Street
Boston, MA  02110
(617) 695-2330

Date: September 20, 2005

## CERTIFICATE OF SERVICE

I certify that on this 20th day of September, 2005 I served a copy of the above document on counsel of record, as set forth below, by electronic filing and by first class mail, postage prepaid.

Judd L. Peskin, Esq.
Peskin, Courchesne & Allen, P.C.
101 State Street, Suite 310
Springfield, MA 01103

Jay M. Presser, Esq.
Amy B. Royal, Esq.
Skoler, Abbott & Presser, P.C.
One Monarch Place
Springfield, MA 01144

/s/ Edward P. O'Leary
Edward P. O'Leary