UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWERENCE W. HAMMARE,<br><br>        Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and T-MOBILE USA, INC.,<br><br>        Defendants. | CIVIL ACTION NO. 05-30155-MAP<br><br>**PLAINTIFF AND DEFENDANT T-MOBILE USA, INC.'S ASSENTED TO JOINT MOTION TO EXTEND THE DEADLINE FOR FILING A POSSIBLE OPPOSITION TO DEFENDANT PRUDENTIAL INSURANCE COMPANY OF AMERICA'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

  The Defendant, T-Mobile USA, Inc. ("T-Mobile"), and the Plaintiff, Lawrence W. Hammare ("Plaintiff"), with the assent of the Defendant, The Prudential Insurance Company of America ("Prudential"), jointly request that the Court extend the deadline for filing any potential opposition memoranda to Prudential's Motion for Judgment on the Pleadings by one week until November 7, 2005. T-Mobile and Plaintiff, with the assent of Prudential, make this joint request for the following reasons:

1. Under the current deadline, all opposition memoranda are due on October 31, 2005.

2. The parties are making a good faith effort to resolve this matter and are in final settlement discussions.

3. Because the parties are in final settlement discussions, T-Mobile and Plaintiff wish to avoid any costs associated with the preparation of opposition memoranda.

4.  The parties believe that one week, until November 7, 2005, will give them sufficient time to fully explore settlement possibilities and, hopefully, resolve this matter.

WHEREFORE, the parties request that the court extend the deadline for filing any potential opposition memoranda to Prudential's Motion for Judgment on the Pleadings until November 7, 2005.

Respectfully Submitted,                                 Respectfully Submitted,


  /s/ Judd L. Peskin, Esq.                                /s/ Amy B. Royal, Esq.
Judd L. Peskin, Esq.                                    Amy B. Royal, Esq.
BBO #556134                                             BBO No. 647175
Counsel for Plaintiff                                   Counsel for Defendant T-Mobile USA, Inc.
Peskin, Courchesne & Allen, P.C.                        Skoler, Abbott & Presser, P.C.
101 State Street, Suite 301                             One Monarch Place, Suite 2000
Springfield, Massachusetts  01103                       Springfield, Massachusetts  01144
Tel. (413) 734-1002/Fax (413) 734-0029                  Tel.:  (413) 737-4753/Fax: (413) 787-1941

Dated:  October 31, 2005                                Dated:  October 31, 2005

ASSENTED TO:


   /s/ Edward P. O'Leary, Esq.
Edward P. O'Leary, Esq.
BBO #551932
Counsel for Prudential Insurance Company of America
Fitzhugh, Parker & Alvaro LLP
155 Federal Street
Boston, MA  02110
Tel.: (617) 695-2330/Fax: (617) 695-2335

Dated:  October 31, 2005

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing *Plaintiff and Defendant T-Mobile USA, Inc.'s Assented to Joint Motion to Extend the Deadline for Filing a Possible Opposition to Defendant Prudential Insurance Company of America's Motion for Judgment on the Pleadings* was served upon the attorney of record for each other party via electronic filing and by first-class, U.S. mail, postage prepaid, on October 31, 2005.

          /s/ Amy B. Royal, Esq.
          Amy B. Royal, Esq.