**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWERENCE W. HAMMARE,<br><br>                      Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and T-MOBILE USA, INC.,<br><br>                      Defendants. | CIVIL ACTION NO. 05-30155-MAP |

## STIPULATION OF DISMISSAL

NOW COME THE PARTIES, by and through counsel, Judd L. Peskin, Esq. and Amy B. Royal, Esq., and pursuant to Fed. R. Civ. P. 41, file this Stipulation of Dismissal with Prejudice, and without costs to either party.

The Plaintiff
By His Attorney,

_/s/ Judd L. Peskin_
Judd Peskin, Esq.
BBO #556134
Peskin, Courchesne & Allen, P.C.
101 State Street, Suite 301
Springfield, Massachusetts 01103
Tel. (413) 734-1002/Fax (413) 734-0029

Dated: _DEC. 2_, 2005

The Defendant, T-Mobile USA, Inc.
By Its Attorney,

_/s/ Amy B. Royal_
Amy B. Royal, Esq.
BBO #647175
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel. (413) 737-4753/Fax (413) 787-1941

Dated: _Dec. 16_, 2005